**Order entered April 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00999-CV

### IN THE MATTER OF D.C.H., A JUVENILE

**On Appeal from the County Court at Law No. 2**
**Rockwall County, Texas**
**Trial Court Cause No. J-19-0027**

## ORDER

Before the Court is appellee's April 6, 2022 first motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 9, 2022.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE